UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **JEUUDAH KAY, SOVEREIGN NATION: OF THE TRIBE OF JUDAH: "THE LION KING STOCK," REDEEMED SOVEREIGN NATION OF YHWH;** | § § § § § § § § § § § | |
| **Plaintiff,** | | CIVIL NO. W-22-CV-01103-ADA |
| **v.** | | |
| **KILLEEN POLICE DEPARTMENT, et al.,** | | |
| **Defendants.** | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. ECF No. 11. The report recommends Defendant Smart Communications Holding, Inc.'s Motion to Dismiss (ECF No. 4) and the Motion to Dismiss by Defendant City of Killeen (ECF No. 6) be **GRANTED** and Plaintiff's Complaint be **DISMISSED**. The report and recommendation was filed on November 17, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court.[1] 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When

---

[1] A party proceeding *pro se* who is served with the report and recommendation by mail has three additional days added to the fourteen-day period, meaning that party has seventeen days from the date the report and recommendation was mailed to serve and file objections. Fed. R. Civ. P. 6(d). If the last day of that prescribed period falls on a Saturday, Sunday, or legal holiday, then the deadline is extended until the end of the next day that is not a Saturday, Sunday, or legal holiday. Fed. R. Civ. P. 6(a)(1)(C).

no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Gilliland (ECF No. 11) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant Smart Communications Holding, Inc.'s Motion to Dismiss (ECF No. 4) and the Motion to Dismiss by Defendant City of Killeen (ECF No. 6) are **GRANTED** in accordance with the Report and Recommendation.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**IT IS FINALLY ORDERED** that the Clerk of Court is respectfully directed to **CLOSE** the case.

**SIGNED** this 5th day of December, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE